IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SHELDON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-5193 |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC. | : | |

## **ORDER**

AND NOW, this 28th day of September, 2010, "Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment" (docket no. 39) is granted in part. Judgment in favor of defendant and against plaintiffs is entered on plaintiffs' claims under 15 U.S.C. § 1681o of the Fair Credit Reporting Act for wilful violations of §§ 1681e(a) and (b) of the Act. The remainder of defendant's motion is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.